No. 269. YOUNG MEN'S CHRISTIAN ASSOCIATION *v.* NEW YORK CASUALTY CO. ET AL. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Vincent Starzinger* for petitioner. *Messrs. Donald Evans* and *Wm. F. Riley* for New York Casualty Co., and *Messrs. Jesse A. Miller* and *Fred C. Huebner* for Employers Mutual Casualty Co., respondents.

No. 270. FIRST TRUST & SAVINGS BANK *v.* KENT, RECEIVER. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. J. A. Fowler* for petitioner.

No. 271. SMITH *v.* FOURTH NATIONAL BANK OF TULSA. October 13, 1941. Petition for writ of certiorari to the Supreme Court of Oklahoma denied. *Mr. Neal E. McNeill* for petitioner. *Messrs. Chas. L. Yancey* and *G. C. Spillers* for respondent.

No. 274. MASSMAN CONSTRUCTION CO. *v.* BASSETT, DEPUTY COMMISSIONER OF U. S. EMPLOYEES' COMPENSATION COMM'N, ET AL. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Ben Ely* for petitioner. *Assistant Solicitor General Fahy, Assistant Attorney General Shea,* and *Mr. Melvin H. Siegel* for respondents.

No. 279. WHITE SWAN CO. *v.* NATIONAL LABOR RELATIONS BOARD. October 13, 1941. Petition for writ of cer-